# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Ethel Edith Randolph                    Case No:      05-30356
                                                Chapter 13


## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the
Trustee herein submits a check payable to "Clerk, United States Bankruptcy
Court" representing unclaimed funds to be deposited by the Clerk of Court into
the Treasury of the United States.  Said funds are subject to withdrawal as
provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The
unclaimed funds represent the dividend(s) due and payable to:


| Debtor Name and Address | Amount of Dividend |
|---|---|
| Ethel Edith Randolph<br>3805 Carolee Ct.<br>Richmond, VA  23223 | $18.47 |


Date:  09-29-10                                  /s/Carl M. Bates
                                                Carl M. Bates
                                                Chapter 13 Trustee